COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| SUN FAB INDUSTRIAL CONTRACTING, INC., | § | No. 08-11-00246-CV |
| | § | Appeal from |
| Appellant, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| RAYMUNDO JAIME, | § | (TC # 2011-879) |
| Appellee. | § | |

## **MEMORANDUM OPINION**

Appellant, Sun Fab Industrial Contracting, Inc., brings this accelerated appeal from an order denying its motion to compel arbitration. Sun Fab and Appellee, Raymundo Jaime, have filed a joint motion to reverse the trial court's judgment and render judgment ordering the parties to arbitration. *See* TEX.R.APP.P. 42.1(a)(2). We grant the motion, reverse the trial court's judgment, and render judgment granting Sun Fab's motion to compel arbitration. The motion does not reflect that the parties have made any agreement regarding costs. Accordingly, costs are assessed against Appellant. TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

February 8, 2012

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.